IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

VERNON LEE TRAMMELL, #120859,  )
                               )
     Petitioner,               )
                               )
v.                             )   CASE NO. 2:07-cv-207-MEF
                               )
RICHARD ALLEN, *et al.*,       )
                               )
     Respondents.              )

### **O R D E R**

On March 19, 2007, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is TRANSFERRED to the United States District Court for the Northern District of Alabama pursuant to the provisions of 28 U.S.C. § 2241(d).

DONE this the 12th day of April, 2007.

                                                /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE